IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRY W. FLETCHER, | ) | 4:14CV3214 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| BRIAN GAGE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on its own motion. Petitioner filed his Petition for Writ of Habeas Corpus ("Petition") on October 29, 2014 (Filing No. 1). Due to certain technical defects, the Petition cannot be further processed. To assure further consideration of the Petition, Petitioner must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE PETITION.**

Petitioner has failed to include the $5.00 filing fee. Petitioner has the choice of either tendering the $5.00 fee to the Clerk of the Court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. Accordingly,

IT IS ORDERED:

1.  Petitioner is directed to correct the above-listed technical defect within 30 days of the date of this Memorandum and Order. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.;

2.  The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit"); and

3.  The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: December 1, 2014: Check for MIFP or payment.

DATED this 30th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge