# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRY W. FLETCHER, | ) | 4:14CV3214 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| BRIAN GAGE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Petitioner's Motion for Additional Documents (Filing No. 14), and Respondent's Objection (Filing No. 15) to the motion. The Court's order on initial review (Filing No. 8) set forth that Petitioner could file a motion with the Court requesting additional state court records in the event he believed Respondent's designation of state court records to be insufficient. The order set forth that "[s]uch motion must set forth the documents requested and *the reasons the documents are relevant to the cognizable claims.*" (*Id.* at ECF 5 (emphasis added).) As noted in Respondent's Objection, Petitioner made no showing concerning the relevance of the records he seeks. Accordingly,

IT IS ORDERED: Petitioner's Motion for Additional Documents (Filing No. 14) is denied. Respondent's Objection (Filing No. 15) is sustained.

DATED this 16th day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge