IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARRY W. FLETCHER,** | ) | 4:14CV3214 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| **BRIAN GAGE,** | ) | |
| | ) | |
| Respondent. | ) | |

The Petition for Writ of Habeas Corpus is dismissed with prejudice for the reasons set forth in the corresponding Memorandum and Order entered on this date. The Court will not issue a certificate of appealability.

DATED this 15th day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge