IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRY W. FLETCHER, | ) | 4:14CV3214 |
| Petitioner, | ) ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| BRIAN GAGE, | ) ) | |
| Respondent. | ) | |

This matter is before the Court on Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 22). Petitioner filed a Notice of Appeal (Filing No. 21) on October 13, 2015. Petitioner appeals from the Court's Judgment dated September 15, 2015 (Filing No. 20). Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis,

IT IS ORDERED: Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 22) is granted. The clerk of the court is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 16th day of October, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge